# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT McCARTHY<br><br>Plaintiff<br><br>v.<br><br>RENESON HOTELS, INC.; and DOES 1 THROUGH 10, Inclusive<br><br>Defendants | Case No.: 3:16-cv-00633-TEH<br><br>ORDER GRANTING JOINT STIPULATION FOR DISMISSAL AND DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFF'S COMPLAINT IN ITS ENTIRETY<br><br>[Fed. R. Civ. P. Rule 41(a)(2)] |

IT IS HEREBY ORDERED, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), that Defendant RENESON HOTELS, INC. be dismissed with prejudice from Plaintiff's Complaint and Plaintiff's Complaint be dismissed with prejudice in its entirety, Case Number 3:16-cv-00633-TEH.

**IT IS SO ORDERED.**

Dated: 8/22/2016

_____
Honorable Judge Thelton E. Henderson